```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    -v-<br><br>ALEC DUPUIS,<br><br>            Defendant. | 21-cr-707 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

    Defendant Alec Dupuis was previously ordered to submit any materials bearing on sentencing by November 15, 2022. On that date, defense counsel sent a letter to the Court seeking permission to redact certain of the information in the publicly filed version of such materials. See ECF No. 23. Without waiting for the Court to grant or deny that application, defendant filed a redacted version of his sentencing materials on the public record. See ECF No. 22. Later that same day, Matthew Russell Lee from the Inner City Press sent a letter to the Court objecting to the redactions in the defendant's sentencing materials. Having now had an opportunity to compare the redacted and unredacted versions of such materials, the Court finds that most of the redactions are excessive and unnecessary. There may, however, still be some small items that may justifiably be redacted. Accordingly, counsel for the Government and the defendant must call the Court at 4:15 PM today to discuss what, if anything, should remain redacted, following which a new (much less redacted) version of the materials will be filed on the public record.

1

SO ORDERED.

New York, NY
November 17, 2022

_____
JED S. RAKOFF, U.S.D.J.